

# NUMBER 13-20-00274-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SEAN ERIC GRIFFIN,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

### On appeal from the 36th District Court
### of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Perkes**
**Memorandum Opinion by Justice Hinojosa**

Appellant Sean Eric Griffin filed a notice of appeal from his judgments of conviction for possession of child pornography and possession with intent to promote child pornography. *See* TEX. PENAL CODE ANN. § 43.26(a), (g). Griffin has now filed a motion to withdraw his appeal. *See* TEX. R. APP. P. 42.2(a) (allowing appellate courts to dismiss

criminal appeals upon the appellant's motion before the appellate court's decision when the attorney and appellant both sign a written motion to dismiss). We have not issued an opinion in this case and the motion to withdraw meets the requirements of the appellate rules insofar as it is signed by both appellant and his counsel. *See id.*

Accordingly, without passing on the merits of the case, we grant appellant's motion to dismiss and we dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of December, 2020.